**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Keith Lemorris JONES, Defendant–
Appellant.**

**No. 14–40869
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

July 7, 2015.

Dan Ryan Locker, Assistant U.S. Attorney, U.S. Attorney's Office, Texarkana, TX, for Plaintiff–Appellee.

James Wesley Volberding, Esq., Tyler, TX, for Defendant–Appellant.

Keith Lemorris Jones, Brickeys, AR, pro se.

Before REAVLEY, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Keith Lemorris Jones has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Jones has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

no nonfrivolous issue for appellate review. Accordingly, counsel's motion to seal the record excerpts is GRANTED; counsel's motion for leave to withdraw is GRANTED; counsel is excused from further responsibilities herein; and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.